IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | BANKRUPTCY CASE NO. |
| | § | |
| PARAGON GLOBAL, LLC, | § | 17-36605-H1-11 |
| PARAGON FABRICATORS, INC. | § | Chapter 11 |
| PARAGON FIELD SERVICES, INC. | § | |
| PATEL PROPERTY HOLDINGS, LLC | § | JOINTLY ADMINISTERED |
| DEBTORS | § | |

**DEBTOR'S MOTION FOR NUNC PRO TUNC
APPROVAL OF SALE OF TWO FORLIFTS FOR SCRAP VALUE**

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING, AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THIS PLEADING. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY ONE DAYS FROM THE DATE YOU WERE SERVED AND GIVE A COPY TO THE PERSON WHO SENT YOU THE NOTICE; OTHERWISE, THE COURT MAY TREAT THE PLEADING AS UNOPPOSED AND GRANT THE RELIEF.

IF A PARTY REQUESTS EMERGENCY CONSIDERATION, THE COURT MAY ACT EXPEDITIOUSLY ON THE MATTER. IF THE COURT ALLOWS A SHORTER RESPONSE TIME THAN TWENTY ONE DAYS, YOU MUST RESPOND WITHIN THAT TIME. IF THE COURT SETS AN EMERGENCY HEARING BEFORE THE RESPONSE TIME WILL EXPIRE, ONLY ATTENDANCE AT THE HEARING IS NECESSARY TO PRESERVE YOUR RIGHTS. IF AN EMERGENCY HEARING IS NOT SET, YOU MUST RESPOND BEFORE THE RESPONSE TIME EXPIRES.

REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, PARAGON FABRICATORS, INC. and moves this Court for nunc pro tunc approval of the sale of two Taylor forklifts for scrap value on May 4 and 5, 2018, for the amount of $7,000.00 each.  The funds from the sale have been deposited into the debtor's bank account and the debtor desires to pay the $14,000 to Newtek Small Business Finance, LLC upon approval of this motion.  Attached as Exhibits "A" and "B" are the bills of sale.  The debtor

believes that the price received for these two forklifts is the best price possible based on their "as is" condition.   The two forklifts did not pass the manufacturer's certification standards.

Based on the foregoing, the debtor respectfully moves this court to grant this motion and allow the sales to be consummated effective May 4 and 5, 2018.

WHEREFORE, premises considered, the debtor prays that this motion be granted, and that it have all other and further relief that may be justified.

        Respectfully submitted,

        /s/ Margaret M. McClure
        MARGARET M. MCCLURE
        State Bar No. 00787997
        909 Fannin, Suite 3810
        Houston, Texas 77010
        (713) 659-1333
        (713) 658-0334 (fax)
        margaret@mmmcclurelaw.com (e-mail)

        ATTORNEY FOR DEBTOR

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was electronically mailed or mailed by first class mail, postage prepaid this 8th day of May, 2018 to those on the attached matrix.

        /s/ Margaret M. McClure
        MARGARET M. MCCLURE

BILL OF SALE

Date May 5, 2018

I, the undersigned seller for the sum of $7,000.00
(Seven Thousand dollars) agree to sell to the undersigned buyer Gulf Coast Surplus 713-551-6027 Mr. Nicki Wilson.

    1 Ea Taylor Forklift in as-is condition

The Sum of $7,000.00 was received by me, Roland Melancon on behalf of Paragon Fabricators on May 5, 2018

_____
Roland Melancon

As Agreed to by and between:

Surendra Patel, Paragon Fabricators Inc. & Nicki Wilson, Gulf Coast Surplus

_____
Nicki Wilson, Gulf Coast Surplus

EXHIBIT "A"

BILL OF SALE

Date May 4, 2018

I, the undersigned seller for the sum of $7,000.00

(Seven Thousand dollars) agree to sell to the undersigned seller Gulf Coast Surplus 713-551-6027 Mr. Nicky Wilson.

    1 Ea Taylor Forklift in as is condition

The Sum of $7,000.00 was received by me, Stacy Martin on behalf of Paragon Fabricators on May 4, 2018 .

*Stacy A. Martin*

**Agreed to by and between:**

Surendra Patel, Paragon Fabricators Inc.

*Nicky Wilson*

Nicki Wilson, Gulf Coast Surplus

EXHIBIT "B"

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 17-36605<br>Southern District of Texas<br>Houston<br>Mon Jan 15 09:18:30 CST 2018 | Galveston County<br>Linebarger Goggan Blair & Sampson LLP<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 | Knight Capital Funding, LLC<br>c/o Jarrod B. Martin<br>Nathan Sommers Jacobs<br>2800 Post Oak Boulevard<br>61st Floor<br>Houston, TX 77056-6131 |
| NEWTEK SMALL BUSINESS FINANCE LLC<br>1981 Marcus Avenue Suite 130<br>Lake Success, NY 11042-1046 | Paragon Global, LLC<br>61 N. Plains Industrial Road, Suite 143<br>Wallingford, CT 06492-5841 | Texas City ISD<br>Linebarger Goggan Blair & Sampson LLP<br>c/o John P. Dillman<br>Post Office Box 3064<br>Houston, TX 77253-3064 |
| 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 | H. M. Nipp, Sr./James M. Saulsberry<br>1728 Hawthorne<br>La Marque, TX 77568-5812 | J.M. Saulsberry/H.M. Nipp, Sr. (E. Limm,<br>3730 Kirby Drive, Suite 650<br>Houston, TX 77098-3930 |
| James M. Saulsberry/H. M. Nipp, Sr.<br>2237 Lakeway Drive<br>Friendswood, TX 77546-6179 | James M. Saulsberry/H. M. Nipp, Sr.<br>6402 Avenue W<br>Texas City, TX 77590 | Paragon Fabricators, Incorporated<br>500 Main Street<br>La Marque, TX 77568-5617 |
| Paragon Field Services, Inc.<br>500 Main Street<br>La Marque, TX 77568-5617 | Paragon Global, LLC<br>500 Main Street<br>La Marque, TX 77568-5617 | Patel Property Holdings, LLC<br>500 Main Street<br>La Marque, TX 77568-5617 |
| Surendra Patel<br>500 Main Street<br>La Marque, TX 77568-5617 | Tannenbaum Helpern, et al<br>900 Third Avenue<br>New York, NY 10022-4749 | Texas Flange & Fitting Supply, Inc.<br>c/o Greta Tucker<br>PO Box 2889<br>Pearland, TX 77588-2889 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Margaret Maxwell McClure<br>Attorney at Law<br>909 Fannin<br>Suite 3810<br>Houston, TX 77010-1030 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)Newtek Small Business Finance<br>1981 Marcus Avenue, Suite 130<br>Lake Success, NY 11042-1046 | End of Label Matrix<br>Mailable recipients    19<br>Bypassed recipients     1<br>Total                  20 |

```
Label Matrix for local noticing         AmeriCredit Financial Services, Inc dba GM F    NEWTEK SMALL BUSINESS FINANCE LLC
0541-4                                  P O Box 183853                                  1981 Marcus Avenue Suite 130
Case 17-36607                           Arlington, TX 76096-3853                        Lake Success, NY 11042-1046
Southern District of Texas
Houston
Thu Mar  1 11:34:17 CST 2018

Paragon Fabricators, Incorporated       4                                               2525 N. Stemmons Freeway
500 Main Street                         United States Bankruptcy Court                  Dallas, Texas 75207-2401
La Marque, TX 77568-5617                PO Box 61010
                                        Houston, TX 77208-1010


A.S.M.E.                                AIRGAS USA, LLC                                 AT & T Mobility - ROC
150 Clove Road, 6th Floor               110 WEST 7TH STREET, SUITE 1300                 P.O. Box 537104
Little Falls, NJ 07424-2139             TULSA, OK 74119-1106                            Atlanta, GA 30353-7104


Ally Financial                          Ally Financial                                  Ameraflex Rubber & Gasket Co.
P.O. Box 380902                         PO Box 130424                                   317 Georgia Avenue
Bloomington, MN 55438-0902              Roseville MN 55113-0004                         Deer Park, TX 77536-2505


American Business Machines              American Express                                (p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN
P.O. Box 4356, Dept. 2201               P.O. Box 650448                                 PO BOX 183853
Houston, TX 77210-4356                  Dallas, TX 75265-0448                           ARLINGTON TX 76096-3853


Ascentium Capital, LLC                  BOB HERBERT & ASSOCIATES, INC.                  C T Corporation System, as representativ
23970 Hwy. 59N                          2213 ALDINE BENDER                              30 N. Brand Blvd., Suite 700 -Attn: SPRS
Kingwood, TX 77339-1535                 HOUSTON, TX 77032-3123                          Glendale, CA 91203


CGP, Inc.                               CIT                                             CIT Bank NA
8363 Market Street Road                 21146 Network Place                             c/o Bankruptcy Processing Solutions, Inc
Houston, TX 77029                       Chicago, IL 60673-1211                          PO Box 593007
                                                                                        San Antonio, TX 78259-0200


Campo Sheet Metal Works, Inc.           Chase Card Services                             Crall Products
8550 Telephone Road                     P.O. Box 94014                                  2930 TX 152
Houston, TX 77061-4726                  Palatine, IL 60094-4014                         Pampa, TX 79065


Crest Hill/Everest Business Funding/EBF (p)DELL FINANCIAL SERVICES                      Dell Computers
5 West 37th Street, 2nd Floor           P O BOX 81577                                   P.O. Box 5292
New York, NY 10018-5385                 AUSTIN TX 78708-1577                            Carol Stream, IL 60197-5292


Dell Financial Services L.L.C.          Edgen Murray Corporation                        GM Financial
c/o Streusand, Landon & Ozburn, LLP     P.O. Box 844733                                 P.O. Box 183593
811 Barton Springs Road, Suite 811      Dallas, TX 75284-4733                           Arlington, TX 76096-3593
Austin, Texas 78704-1166
```

| | | |
|---|---|---|
| Galveston County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Galveston County, et al<br>722 Moody<br>Galveston, TX 77550-2317 | Galveston County, et al (J. Dillman)<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Gartner Coatings<br>2433 Max Road<br>Pearland, TX 77581-7677 | H. M. Nipp, Sr./James M. Saulsberry<br>P.O. Box 266<br>Seadrift, TX 77983-0266 | Humana Health Plan - Texas<br>P.O. Box 3226<br>Milwaukee, WI 53201-3226 |
| IRS (Special Procedures, Sect. II)<br>1919 Smith Street, Stop 5025HOU<br>Houston, TX 77002-8049 | IRS-U.S. Attorney<br>1000 Louisiana Street, Suite 2300<br>Houston, TX 77002-5010 | IRS-US Atty Gen<br>10th & Constitution, N.W.<br>Washington, DC 20530-0001 |
| Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | J. M. Saulsberry/H. M. Nipp, Sr. (G. Cop<br>P.O. Box 3187<br>Texas City, TX 77592-3187 | J.M. Saulsberry/H.M. Nipp, Sr.-E. Lamm,<br>3730 Kirby Drive, Suite 650<br>Houston, TX 77098-3930 |
| James M. Saulsberry/H. M. Nipp, Sr.<br>1728 Hawthorne<br>La Marque, TX 77568-5812 | James M. Saulsberry/H. M. Nipp, Sr.<br>2237 Lakeway Drive<br>Friendswood, TX 77546-6179 | James M. Saulsberry/H. M. Nipp, Sr.<br>6402 Avenue W<br>Texas City, TX 77590 |
| Joseph T. Ryerson & Son, Inc.<br>P.O. Box 731036<br>Dallas, TX 75373-1036 | Joseph T. Ryerson & Son, Inc.<br>c/o Guadalupe Saigueiro<br>7701 Lindsey Road<br>Little Rock, AR 72206-3831 | Leaf Capital Funding<br>2005 Market Street, 14th Floor<br>Philadelphia, PA 19103-7009 |
| Newtek Small Business Finance, LLC/SBA<br>1981 Marcus Avenue, Suite 130<br>Lake Success, NY 11042-1046 | Office Depot Credit Plan<br>P.O. Box 78004, Dept. 56<br>Phoenix, AZ 85062-8004 | Ogletree Deakins<br>P.O. Box 89<br>Columbia, SC 29202-0089 |
| Paragon Field Services, Inc.<br>500 Main Street<br>La Marque, TX 77568-5617 | Paragon Global, LLC<br>500 Main Street<br>La Marque, TX 77568-5617 | Patel Property Holdings, LLC<br>500 Main Street<br>La Marque, TX 77568-5617 |
| Patel Property Holdings, LLC<br>61 North Plains Industrial Road, Suite 1<br>Wallingford, CT 06492-5841 | South Coast Supply Company<br>P.O. Box 55649<br>Houston, TX 77255-5649 | (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 |
| Steel Associates, Inc.<br>P.O. Box 10<br>Galena Park, TX 77547-0010 | Steel Associates, Inc. (M. Vancleave)<br>1300 Rollingbrook Drive, Suite 410<br>Galena Park, TX 77547 | Sunbelt Supply, Inc.<br>P.O. Box 951037<br>Dallas, TX 75395-1037 |

| | | |
|---|---|---|
| Surendra Patel<br>500 Main Street<br>La Marque, TX 77568-5617 | Terminix Commercial<br>P.O. Box 742592<br>Cincinnati, OH 45274-2592 | Texas City ISD<br>P.O. Box 1150<br>Texas City, TX 77592-1150 |
| Texas City ISD<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Texas Flange<br>P.O. Box 2889<br>Pearland, TX 77588-2889 | Texas Workforce Commission<br>P.O. Box 149037<br>Austin, TX 78714-9037 |
| Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>Room 556<br>101 E. 15th Street<br>Austin, TX 78778-0001 | Texas Workforce Commission (Ofc of AG)<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Trinity Heads, Inc.<br>11765 Hwy 6 South<br>Navasota, TX 77868-5070 |
| Trinity Heads, Inc.<br>2525 N. Stemmons Freeway<br>Dallas, TX 75207-2400 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Uniform Components<br>10703 Sheldon Road<br>Houston, TX 77044-6003 |
| WB Mason Co., Inc.<br>59 Centre Street<br>Brockton, MA 02301-4075 | Wingo Service Co., Inc.<br>11173 Cox Road<br>Conroe, TX 77385-7319 | Margaret Maxwell McClure<br>Attorney at Law<br>909 Fannin<br>Suite 3810<br>Houston, TX 77010-1030 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americredit Financial Services, Inc.<br>dba GM Financial<br>PO Box 183853<br>Arlington, TX 76096 | Dell Business Credit<br>P.O. Box 5275<br>Carol Stream, IL 60197 | Sprint<br>P.O. Box 4181<br>Carol Stream, IL 60197 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Bob Herbert & Associates<br>2213 Aldine Bender<br>Houston, TX 77032-3123 | (d)Paragon Fabricators, Incorporated<br>500 Main Street<br>La Marque, TX 77568-5617 | End of Label Matrix<br>Mailable recipients    74<br>Bypassed recipients     2<br>Total                   76 |

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 17-36608<br>Southern District of Texas<br>Houston<br>Thu Mar  1 11:34:59 CST 2018 | Knight Capital Funding, LLC<br>c/o Jarrod B. Martin<br>Nathan Sommers Jacobs<br>2800 Post Oak Boulevard<br>61st Floor<br>Houston, TX 77056-6131 | NEWTEK SMALL BUSINESS FINANCE LLC<br>1981 Marcus Avenue Suite 130<br>Lake Success, NY 11042-1046 |
| Paragon Field Services, Inc.<br>61 N. Plains Industrial Road, Suite 143<br>Wallingford, CT 06492-5841 | Texas Workforce Commission<br>Jason Starks<br>c/o Sherri K. Simpson, Paralegal<br>P.O. Box 12548<br>Austin, TX 78711-2548 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| American Express<br>P.O. Box 650448<br>Dallas, TX 75265-0448 | American Express Travel Related Services Com<br>Inc.<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Anderson Law Group<br>13577 Feather Sound Drive, Suite 500<br>Clearwater, FL 33762-5550 |
| BBB Tank Services, Inc.<br>P.O. Box 3140, Dept. 255<br>Houston, TX 77253-3140 | BBB Tank Services, LLC<br>c/o Joe Virene<br>Gray Reed & McGraw LLP<br>1300 Post Oak Blvd., Suite 2000<br>Houston, Texas 77056-8000 | Brazosport Safety Council<br>P.O. Drawer 2650<br>Freeport, TX 77542-2650 |
| CMC Construction Services<br>P.O. Box 844573<br>Dallas, TX 75284-4573 | Capital One<br>P.O. Box 650007<br>Dallas, TX 75265-0007 | Galveston County, et al<br>722 Moody<br>Galveston, TX 77550-2317 |
| H. M. Nipp, Sr./James M. Saulsberry<br>1728 Hawthorne<br>La Marque, TX 77568-5812 | H. M. Nipp, Sr./James M. Saulsberry<br>P.O. Box 266<br>Seadrift, TX 77983-0266 | Harrom M. Nipp, Sr.<br>P.O. Box 266<br>Seadrift, TX 77983-0266 |
| Harrom M. Nipp, Sr. (E. Lamm, III)<br>3730 Kirby Drive, Suite 650<br>Houston, TX 77098-3930 | Holes Incorporated<br>9911 Franklin Road<br>Houston, TX 77070-4199 | Humana Health Plan - Texas<br>P.O. Box 3226<br>Milwaukee, WI 53201-3226 |
| Industrial Solutions, Inc.<br>6022 Sycamore Avenue<br>Pasadena, TX 77503-4230 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| Internal Revenue Service-U.S. Attorney<br>1000 Louisiana Street, Suite 2300<br>Houston, TX 77002-5010 | Internal Revenue Service-US Atty Gen<br>10th & Constitution, N.W.<br>Washington, DC 20530-0001 | J. M. Saulsberry/H. M. Nipp, Sr. (G. Cop<br>P.O. Box 3187<br>Texas City, TX 77592-3187 |
| J.M. Saulsberry/H.M. Nipp, Sr.(E. Lamm,<br>3730 Kirby Drive, Suite 650<br>Houston, TX 77098-3930 | James M. Saulsberry/H. M. Nipp, Sr.<br>2237 Lakeway Drive<br>Friendswood, TX 77546-6179 | James M. Saulsberry/H. M. Nipp, Sr.<br>6402 Avenue W<br>Texas City, TX 77590 |

| | | |
|---|---|---|
| Knight Capital Funding III, LLC<br>1691 Michigan Avenue, Suite 230<br>Miami Beach, FL 33139-2566 | Knight Capital Funding III, LLC<br>6915 SW 57th Avenue<br>South Miami, Florida 33143-3654 | Knight Capital Funding III, LLC<br>9 E. Loockerman Street, Suite 3A-543<br>Dover, DE 19901-8306 |
| Knight Capital Funding III, LLC (J. Dubi<br>10440 N. Central Expressway, Suite 800<br>Dallas, TX 75231-2264 | McCarthy Burgess<br>26000 Cannon Road<br>Cleveland, OH 44146-1807 | Newtek Small Business Finance, LLC/SBA<br>1981 Marcus Avenue, Suite 130<br>Lake Success, NY 11042-1046 |
| Ogletree Deakins<br>P.O. Box 89<br>Columbia, SC 29202-0089 | Paragon Fabricators, Inc.<br>500 Main Street<br>La Marque, TX 77568-5617 | Paragon Field Services, Inc.<br>500 Main Street<br>La Marque, TX 77568-5617 |
| Paragon Global, LLC<br>500 Main Street<br>La Marque, TX 77568-5617 | Patel Property Holdings, LLC<br>500 Main Street<br>La Marque, TX 77568-5617 | Patel Property Holdings, LLC<br>61 North Plains Industrial Road, Suite 1<br>Wallingford, CT 06492-5841 |
| St. Lukes Sugar Land Hospital<br>P.O.Box 4406<br>Sugar Land, TX 77478 | Surendra Patel<br>500 Main Street<br>La Marque, TX 77568-5617 | TGE Industrial Services<br>2510 East Beltway 8<br>Pasadena, TX 77503-4010 |
| Team Industrial Services, Inc.<br>P.O. Box 842233<br>Dallas, TX 75284-2233 | Texas City ISD<br>P.O. Box 1150<br>Texas City, TX 77592-1150 | Texas Workforce Commission<br>P.O. Box 149037<br>Austin, TX 78714-9037 |
| Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>Room 556<br>101 E. 15th Street<br>Austin, TX 78778-0001 | Texas Workforce Commission (Ofc of AG)<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Third Coast Metal Products<br>P.O. Box 890401<br>Houston, TX 77289-0401 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Margaret Maxwell McClure<br>Attorney at Law<br>909 Fannin<br>Suite 3810<br>Houston, TX 77010-1030 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service-Spec Procedures
1919 Smith Street, Stop 5025HOU
Houston, TX 77002

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Paragon Fabricators, Incorporated     End of Label Matrix
500 Main Street                          Mailable recipients    52
La Marque, TX 77568-5617                 Bypassed recipients     1
                                         Total                  53
```

```
Label Matrix for local noticing            NEWTEK SMALL BUSINESS FINANCE LLC          Patel Property Holdings, LLC
0541-4                                     1981 Marcus Avenue Suite 130               61 N. Plains Industrial Road, Suite 143
Case 17-36610                              Lake Success, NY 11042-1046                Wallingford, CT 06492-5841
Southern District of Texas
Houston
Thu Mar  1 11:35:31 CST 2018

4                                          Galveston County                           Newtek Small Business Finance, LLC/SBA
United States Bankruptcy Court             c/o John P. Dillman                        1981 Marcus Avenue, Suite 130
PO Box 61010                               Linebarger Goggan Blair & Sampson LLP      Lake Success, NY 11042-1046
Houston, TX 77208-1010                     P.O. Box 3064
                                           Houston, Tx 77253-3064


Paragon Fabricators, Incorporated          Paragon Field Services, Inc.              Paragon Global, LLC
500 Main Street                            500 Main Street                            500 Main Street
La Marque, TX 77568-5617                   La Marque, TX 77568-5617                   La Marque, TX 77568-5617



Patel Property Holdings, LLC               Surendra Patel                             Texas City ISD
500 Main Street                            500 Main Street                            c/o John P. Dillman
La Marque, TX 77568-5617                   La Marque, TX 77568-5617                   Linebarger Goggan Blair & Sampson LLP
                                                                                      P.O. Box 3064
                                                                                      Houston, Tx 77253-3064


US Trustee                                 Margaret Maxwell McClure                   End of Label Matrix
Office of the US Trustee                   Attorney at Law                            Mailable recipients    13
515 Rusk Ave                               909 Fannin                                 Bypassed recipients     0
Ste 3516                                   Suite 3810                                 Total                  13
Houston, TX 77002-2604                     Houston, TX 77010-1030
```