IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PARAGON GLOBAL, LLC, | § | CASE NO. 17-36605-H1-11 |
| PARAGON FABRICATORS, INC. | § | CASE NO. 17-36607-H1-11 |
| PARAGON FIELD SERVICES, INC. | § | CASE NO. 17-36608-H1-11 |
| PATEL PROPERTY HOLDINGS, LLC | § | CASE NO. 17-36610-H1-11 |
| Debtors | § | |
| | § | CHAPTER 11 |
| | § | JOINTLY ADMINISTERED |
| | § | Under Case No. 17-36605-H1-11 |

**EMERGENCY MOTION OF NEWTEK SMALL BUSINESS FINANCE, LLC
TO CONVERT CHAPTER 11 CASES
TO CASES UNDER CHAPTER 7 PURSUANT TO 11 U.S.C. §1112(b)**

---

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

---

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, NEWTEK SMALL BUSINESS FINANCE, LLC ("Newtek"), a secured creditor and party in interest, and files this Emergency Motion to Convert Chapter 11 Cases to Cases Under Chapter 7 (the "Motion") and would respectfully show the Court as follows:

1. This Motion is brought pursuant to 11 U.S.C. §1112(b)(1), and complies with Local Rule 9013-1.

2. As of the date of the filing of the Debtors' petitions for relief, Debtor PATEL PROPERTY HOLDINGS, LLC ("Debtor Patel Holdings"), Debtor PARAGON FABRICATORS, INCORPORATED ("Debtor Paragon Fabricators"), Debtor PARAGON FIELD SERVICES, INC. ("Debtor Paragon Services"), and PARAGON GLOBAL, LLC ("Debtor Paragon Global")(hereinafter, collectively "Debtors") were indebted to Newtek, jointly and severally, in the amount $4,224,765.85.

3. On January 25, 2018, this Court entered an order for joint administration of the Debtors' cases; however, they have not been substantively consolidated. [Case 17-36608; Doc. # 11]

4. Debtor Paragon Global is a holding company and has no business operations.

5. Debtor Patel Holdings is wholly owned by Debtor Paragon Global and is a single asset real estate entity. 11 U.S.C. §101(51B).

6. Debtor Paragon Fabricators is wholly owned by Debtor Paragon Global and is engaged in the business of fabricating steel pressurized vessels and tanks.

7. Debtor Paragon Field Services is wholly owned by Debtor Paragon Global and is engaged in the business of providing civil and mechanical contractor services in the petro-chemical industry.

8. Newtek holds a perfected, first-priority security interest in real property owned by Debtor Patel Holdings commonly known as 412 and 500 Main Street, La Marque, Galveston County, Texas (the "Mortgaged Property").

9. Newtek holds an Assignment of Leases and Rents in the Mortgaged Property.

10. Debtor Paragon Fabricators and Debtor Paragon Services both conduct business from the Mortgaged Property.

11. Newtek holds a perfected, first-priority security interest in all personal property owned by Debtor Patel Holdings, Debtor Paragon Fabricators, Debtor Paragon Services, and Debtor Paragon Global.

12. Newtek perfected its first-priority security interest in all personal property owned by Debtor Patel Holdings, Debtor Paragon Fabricators, Debtor Paragon Services and Debtor Paragon Global (hereinafter, collectively "Debtors") by filing a Uniform Commercial Code financing statements with the Texas Secretary of State's office.

13. The personal property pledged as collateral to secure the indebtedness owed to Newtek includes, but is not limited to -

> goods including raw materials, work-in-progress and finished goods . . . machinery, furniture, inventory, equipment and fixtures . . . and any and all products and proceeds of any of the foregoing, whether now existing or hereafter arising or acquired in and to any and all items of personal property, together with all attachments, accessions and equipment now or hereafter affixed thereto or used in connection therewith, all substitutions and replacements thereof and any products and proceeds thereof (the "Collateral").

14. On March 29, 2018, this Court entered an Order Granting Application for Authority to Employ and Pay Appraiser, Pursuant to 11 U.S.C. §327. [Doc. # 52] This order authorized Debtor's employment of McKenzie Appraisal Service ("McKenzie") to appraise Debtors' machinery and equipment. The order further provided that McKenzie was to coordinate with Newtek's own appraiser for the purpose of Newtek's own independent appraisal of its collateral.

15. On June 23, 2016, and prior to extending credit to Debtors, Newtek obtained a "desktop" appraisal of the equipment to be pledged as collateral to secure the indebtedness of Debtors to Newtek. Included in the appraisal were two Taylor forklifts:

(1) Taylor WPY30 forklift (30,000 lbs.) (Serial # 2758)
    fair market value: $36,200.00
    orderly liquidation value: $25,000.00
    forced liquidation value: $17,500.00

(2) Taylor TE2005 forklift (20,000 lbs.) (Serial # 18447)
    fair market value: $36,200.00
    orderly liquidation value: $25,000.00
    forced liquidation value: $17,500.00

16. On information and belief, McKenzie inspected the Taylor forklift trucks and gave the following expression of value for the Taylor forklifts:

(1) Taylor WPY30 forklift (30,000 lbs.) (Serial # 2758)
    fair market value: $29,000.00

(2) Taylor TE2005 forklift (20,000 lbs.) (Serial # 18447)
    fair market value: $25,000.00.

17. On May 1, 2018, Newtek's appraiser John Cronin inspected the Taylor forklift trucks and gave the following expression of value for the Taylor forklifts:

(1) Taylor WPY30 forklift (30,000 lbs.) (Serial # 2758)
    fair market value: $20,000.00

(2) Taylor TE2005 forklift (20,000 lbs.) (Serial # 18447)
    fair market value: $20,000.00.

18. On May 1, 2018, Debtors' president and managing member Surendra Patel ("Patel") gave sworn testimony in a Rule 2004 examination of Debtors. During the course of the examination, Patel testified that Debtor Fabricators' business activity had decreased and that he anticipated a voluntary conversion of Debtor Fabricators' chapter 11 case to a case under chapter 7. Further, Patel was specifically questioned about any sale of equipment -

    Q: (by Turbyfill) . . . since you acquired Fabricators and Field Services, have - - have the businesses sold any equipment?
    A: (by Patel) No.

See, Transcript, pg. 53, lines 22-15.

19. On May 8, 2018, Debtor Paragon Fabricators filed Debtor's Motion for Nunc Pro Tunc Approval of Sale of Two Forklifts for Scrap Value. [Doc. # 71] In this motion, Debtor Paragon Fabricators admitted that on May 4 and May 5, 2018, it sold two Taylor forklifts "for scrap value" for a sale price of $7,000.00 each to a person and entity identified as "Nicki Wilson, Gulf Coast Surplus." The motion provides that the sale proceeds had been received by Debtor Paragon Fabricators, and that the sale proceeds would be paid to Newtek.

20. The sale of these forklifts was not in the ordinary course of business, and was without notice or hearing as required by Section 363(b) of the United States Bankruptcy Code (the "Code").

21. The forklifts are subject to the pre-petition, perfected first-priority security interest of Newtek and was without the consent of Newtek as required by Section 363(f)(2) of the Code.

22. On information and belief, other equipment belonging to Debtor Fabricators or Debtor Services and subject to the perfected security interest of Newtek has been sold, transferred or conveyed post-petition without consent of Newtek and without approval of this Court.

23. At the Rule 2004 examination, Patel was specifically questioned about the location of any of equipment -

> Q: (by Turbyfill) . . . 500 Main Street is the building where Fabricators operates its business?
> A: (by Patel) Yes.
> Q: Is that where the equipment is located that you described earlier?
> A: Yes.
> Q: Is the equipment located in any other facility other than 500 Main Street, LaMarque, Texas?
> A: For the Fabricators?
> Q: Fabricators.
> A: No.
> Q: Okay. There is not any kind of off site location?
> A: No.

See, Transcript, pg. 60, lines 21-25; pg. 61, lines 1-9.

24. On information and belief, other equipment belonging to Debtor Fabricators or Debtor Services and subject to the perfected security interest of Newtek may be found at the Sekisui Speciality Chemicals facility located at 1423 Pasadena Freeway Frontage Rd, Pasadena, Harris County, Texas 77506.

25. As a single asset real estate debtor, Debtor Patel Holdings was required, not later than March 5, 2018 to file a plan of reorganization that has a reasonable possibility of being confirmed within a reasonable time; or Debtor Patel Holdings must commence monthly payments to Newtek in an amount equal to interest at the then applicable nondefault contract rate of interest on the value of Newtek's interest in the Mortgaged Property. 11 U.S.C. §362(d)(3). Debtor Patel Holdings has failed to file a plan - or to obtain a timely extension of that deadline - and has failed to commence monthly payments to Newtek.

26. A bankruptcy court is afforded wide discretion in acting on a request for dismissal or conversion of a chapter 11 case. *Koerner v. Colonial Bank (In re Koerner)*, 800 F.2d 1358, 1367 (5th Cir. 1986).

27. Newtek believes that it is in the best interests of the creditors of the four bankruptcy estates that the chapter 11 cases be converted to cases under chapter 7 so that a trustee may be appointed to preserve the assets of the estates.

28. Newtek believes that cause exists for conversion of these chapter 11 cases due to (a) a substantial or continuing loss to or diminution of the estate and the absence of a reasonable likelihood of rehabilitation; (b) unauthorized sale, transfer or conveyance of property of the estate; and (c) failure or inability of Debtor Holdings to file timely a plan of reorganization or commence monthly payments to Newtek. 11 U.S.C. §1112(b)(4).

**Emergency Relief Requested**

29. By reason of the unauthorized sale of Newtek's equipment collateral, Newtek requests this Court to consider this Motion on an emergency basis to protect the property of the estates of Debtor Fabricators and Debtor Services from further sale, transfer or conveyance.

30. After notice and hearing, Newtek requests that this Court enter an order converting the Debtors' chapter 11 cases to cases under chapter 7.

DATED: May 10, 2018

                              DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.

                              */s/ Donald L. Turbyfill*

                              DONALD L. TURBYFILL
                              State Bar of Texas # 20296380
                              dturbyfill@dntlaw.com  [E-MAIL]
                              ATTORNEYS FOR CREDITOR
                              AND PARTY-IN-INTEREST
                              NEWTEK SMALL BUSINESS FINANCE, LLC

OF COUNSEL:

DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.
5120 Woodway, Suite 9000
Houston, Texas 77056-1725
(713) 622-8338  [PHONE]
(713) 586-7053  [FACSIMILE]

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2018, I served a true and correct copy of the above and foregoing EMERGENCY MOTION OF NEWTEK SMALL BUSINESS FINANCE, LLC TO CONVERT CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 PURSUANT TO 11 U.S.C. §1112(b) upon the following parties by the following means:

**(1) Counsel for Debtor (via ECF):**
Margaret M. McClure
Law Office of Margaret M. McClure
909 Fannin, Suite 3810
Houston, Texas 77010
(713) 659-1333 [PHONE]
(713) 658-0334 [FACSIMILE]
margaret@mmmcclurelaw.com [E-MAIL]
ATTORNEY FOR DEBTORS
PARAGON GLOBAL, LLC

**(2) Debtors (by regular first class mail)**
PARAGON GLOBAL, LLC
61 N. Plains Industrial Road, Suite 143
Wallingford, CT 06492

PARAGON FABRICATORS, INCORPORATED
500 Main Street
La Marque, Texas 77568

PARAGON FIELD SERVICES, INC.
61 N. Plains Industrial Road, Suite 143
Wallingford, CT 06492

PATEL PROPERTY HOLDINGS, LLC
61 N. Plains Industrial Road, Suite 143
Wallingford, CT 06492

**(3) The United States Trustee (via ECF and regular first class mail)**
Office of U.S. Trustee
515 Rusk Ave., Suite 3516
Houston, Texas 77002
(713) 718-4650 [PHONE]
(713) 718-4571 [FACSIMILE]
UNITED STATES TRUSTEE

Christine A. March
Office of the US Trustee
515 Rusk Ave., Suite 3516
Houston, Texas 77002
(713) 718-4650, ext 239 [PHONE]
(713) 718-4580 [FACSIMILE]
Christine.A.March@usdoj.gov [E-MAIL]

**(4) Parties Listed in Attached Debtors' Mailing Matrix (by regular first class mail)**

**(5) Parties Requesting Service (via ECF)**

_____
DONALD L. TURBYFILL

```
Label Matrix for local noticing        Corval Builders & Erectors, Inc.      Everest Business Funding
0541-4                                 c/o  Jeffey Tinkham                   Pryor & Mandelup, LLP
Case 17-36605                          Martin, Disiere, Jefferson & Wisdom, LLP   Attn:  Anthony F. Giuliano
Southern District of Texas             808 Travis Street, 20th floor         675 Old Country Road
Houston                                , Tx 77002-5704                       Westbury, NY 11590-4513
Thu May 10 13:53:07 CDT 2018

Galveston County                       Knight Capital Funding, LLC           Leaf Capital Funding, LLC
Linebarger Goggan Blair & Sampson LLP  c/o Jarrod B. Martin                  c/o Christopher V. Arisco
c/o John P. Dillman                    Nathan Sommers Jacobs                 Padfield & Stout, LLP
Post Office Box 3064                   2800 Post Oak Boulevard               421 W. Third Street, Suite 910
Houston, TX 77253-3064                 61st Floor                            Fort Worth, TX 76102-3751
                                       Houston, TX 77056-6131

NEWTEK SMALL BUSINESS FINANCE LLC      Paragon Fabricators, Incorporated     Paragon Field Services, Inc.
1981 Marcus Avenue Suite 130           500 Main Street                       61 N. Plains Industrial Road, Suite 143
Lake Success, NY 11042-1046            La Marque, TX 77568-5617              Wallingford, CT 06492-5841


Paragon Global, LLC                    Patel Property Holdings, LLC          Texas City ISD
61 N. Plains Industrial Road, Suite 143   61 N. Plains Industrial Road, Suite 143   Linebarger Goggan Blair & Sampson LLP
Wallingford, CT 06492-5841             Wallingford, CT 06492-5841            c/o John P. Dillman
                                                                             Post Office Box 3064
                                                                             Houston, TX 77253-3064


4                                      Everest Business Funding              H. M. Nipp, Sr./James M. Saulsberry
United States Bankruptcy Court         Pryor & Mandelup, LLP                 1728 Hawthorne
PO Box 61010                           Attn:  Anthony F. Giuliano, Esq.      La Marque, TX 77568-5812
Houston, TX 77208-1010                 675 Old Country Road
                                       Westbury, NY 11590-4513


H.M. Nipp, Sr.                         J.M. Saulsberry/H.M. Nipp, Sr. (E. Limm,   James M. Saulsberry
PO Box 266                             3730 Kirby Drive, Suite 650           2237 Lakeway Drive
Seadrift, TX 77983-0266                Houston, TX 77098-3930                Friendswood, TX 77546-6179


James M. Saulsberry/H. M. Nipp, Sr.    James M. Saulsberry/H. M. Nipp, Sr.   Paragon Field Services, Inc.
2237 Lakeway Drive                     6402 Avenue W                         500 Main Street
Friendswood, TX 77546-6179             Texas City, TX 77590                  La Marque, TX 77568-5617


Paragon Global, LLC                    Patel Property Holdings, LLC          Steel Associates, Inc.
500 Main Street                        500 Main Street                       501 S. Main St.
La Marque, TX 77568-5617               La Marque, TX 77568-5617              Galena Park, TX 77547-3519


Surendra Patel                         Tannenbaum Helpern, et al             Texas Flange & Fitting Supply, Inc.
500 Main Street                        900 Third Avenue                      c/o Greta Tucker
La Marque, TX 77568-5617               New York, NY 10022-4749               PO Box 2889
                                                                             Pearland, TX 77588-2889


US Trustee                             Margaret Maxwell McClure
Office of the US Trustee               Attorney at Law
515 Rusk Ave                           909 Fannin
Ste 3516                               Suite 3810
Houston, TX 77002-2604                 Houston, TX 77010-1030
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Ally Financial Inc.	(u)Americredit Financial Services, Inc. d/b/a	(u)McKenzie Appraisal Service

(d)Newtek Small Business Finance  
1981 Marcus Avenue, Suite 130  
Lake Success, NY 11042-1046

(d)Paragon Fabricators, Incorporated  
500 Main Street  
La Marque, TX 77568-5617

End of Label Matrix  
Mailable recipients    28  
Bypassed recipients     5  
Total                  33

```
Label Matrix for local noticing          AmeriCredit Financial Services, Inc dba GM F    Everest Business Funding
0541-4                                    P O Box 183853                                  c/o Pryor & Mandelup, LLP
Case 17-36607                             Arlington, TX 76096-3853                        675 Old Country Road
Southern District of Texas                                                                Westbury, NY 11590-4503
Houston
Thu May 10 13:54:38 CDT 2018

NEWTEK SMALL BUSINESS FINANCE LLC         Paragon Fabricators, Incorporated               4
1981 Marcus Avenue Suite 130              500 Main Street                                 United States Bankruptcy Court
Lake Success, NY 11042-1046               La Marque, TX 77568-5617                        PO Box 61010
                                                                                          Houston, TX 77208-1010


2525 N. Stemmons Freeway                  A.S.M.E.                                        AIRGAS USA, LLC
Dallas, Texas 75207-2401                  150 Clove Road, 6th Floor                       110 WEST 7TH STREET, SUITE 1300
                                          Little Falls, NJ 07424-2139                     TULSA, OK 74119-1106


AT & T Mobility - ROC                     Ally Financial                                  Ally Financial
P.O. Box 537104                           P.O. Box 380902                                 PO Box 130424
Atlanta, GA 30353-7104                    Bloomington, MN 55438-0902                      Roseville MN 55113-0004


Ameraflex Rubber & Gasket Co.             American Business Machines                      American Express
317 Georgia Avenue                        P.O. Box 4356, Dept. 2201                       P.O. Box 650448
Deer Park, TX 77536-2505                  Houston, TX 77210-4356                          Dallas, TX 75265-0448


(p)AMERICREDIT FINANCIAL SERVICS DBA GM FINAN    Ascentium Capital, LLC                   BOB HERBERT & ASSOCIATES, INC.
PO BOX 183853                             23970 Hwy. 59N                                  2213 ALDINE BENDER
ARLINGTON TX 76096-3853                   Kingwood, TX 77339-1535                         HOUSTON, TX 77032-3123


C T Corporation System, as representativ  CGP, Inc.                                       CIT
30 N. Brand Blvd., Suite 700 -Attn: SPRS  8363 Market Street Road                         21146 Network Place
Glendale, CA 91203                        Houston, TX 77029                               Chicago, IL 60673-1211


CIT Bank NA                               Campo Sheet Metal Works, Inc.                   Chase Card Services
c/o Bankruptcy Processing Solutions, Inc  8550 Telephone Road                             P.O. Box 94014
PO Box 593007                             Houston, TX 77061-4726                          Palatine, IL 60094-4014
San Antonio, TX 78259-0200


Comptroller of Public Accounts            Crall Products                                  Crest Hill/Everest Business Funding/EBF
C/O Office of the Attorney General        2930 TX 152                                     5 West 37th Street, 2nd Floor
Bankruptcy - Collections Division MC-008  Pampa, TX 79065                                 New York, NY 10018-5385
PO Box 12548
Austin TX  78711-2548


(p)DELL FINANCIAL SERVICES                Dell Computers                                  Dell Financial Services L.L.C.
P O BOX 81577                             P.O. Box 5292                                   c/o Streusand, Landon & Ozburn, LLP
AUSTIN TX 78708-1577                      Carol Stream, IL 60197-5292                     811 Barton Springs Road, Suite 811
                                                                                          Austin, Texas 78704-1166
```

| | | |
|---|---|---|
| Edgen Murray Corporation<br>P.O. Box 844733<br>Dallas, TX 75284-4733 | Everest Business Funding<br>Pryor & Mandelup, LLP<br>Attn:  Anthony F. Giuliano, Esq.<br>675 Old Country Road<br>Westbury, NY 11590-4513 | GM Financial<br>P.O. Box 183593<br>Arlington, TX 76096-3593 |
| Galveston County<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Galveston County, et al<br>722 Moody<br>Galveston, TX 77550-2317 | Galveston County, et al (J. Dillman)<br>P.O. Box 3064<br>Houston, TX 77253-3064 |
| Gartner Coatings<br>2433 Max Road<br>Pearland, TX 77581-7677 | H. M. Nipp, Sr./James M. Saulsberry<br>P.O. Box 266<br>Seadrift, TX 77983-0266 | H.M. Nipp, Sr.<br>PO Box 266<br>Seadrift, TX 77983-0266 |
| Humana Health Plan - Texas<br>P.O. Box 3226<br>Milwaukee, WI 53201-3226 | IRS (Special Procedures, Sect. II)<br>1919 Smith Street, Stop 5025HOU<br>Houston, TX 77002-8049 | IRS-U.S. Attorney<br>1000 Louisiana Street, Suite 2300<br>Houston, TX 77002-5010 |
| IRS-US Atty Gen<br>10th & Constitution, N.W.<br>Washington, DC 20530-0001 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | J. M. Saulsberry/H. M. Nipp, Sr. (G. Cop<br>P.O. Box 3187<br>Texas City, TX 77592-3187 |
| J.M. Saulsberry/H.M. Nipp, Sr.-E. Lamm,<br>3730 Kirby Drive, Suite 650<br>Houston, TX 77098-3930 | James M. Saulsberry<br>2237 Lakeway Drive<br>Friendswood, TX 77546-6179 | James M. Saulsberry/H. M. Nipp, Sr.<br>1728 Hawthorne<br>La Marque, TX 77568-5812 |
| James M. Saulsberry/H. M. Nipp, Sr.<br>2237 Lakeway Drive<br>Friendswood, TX 77546-6179 | James M. Saulsberry/H. M. Nipp, Sr.<br>6402 Avenue W<br>Texas City, TX 77590 | Joseph T. Ryerson & Son, Inc.<br>P.O. Box 731036<br>Dallas, TX 75373-1036 |
| Joseph T. Ryerson & Son, Inc.<br>c/o Guadalupe Saigueiro<br>7701 Lindsey Road<br>Little Rock, AR 72206-3831 | LEAF Capital Funding, LLC<br>c/o Christopher V. Arisco<br>Padfield & Stout, LLP<br>421 W. Third Street, Suite 910<br>Fort Worth, TX 76102-3751 | Leaf Capital Funding<br>2005 Market Street, 14th Floor<br>Philadelphia, PA 19103-7009 |
| Newtek Small Business Finance, LLC/SBA<br>1981 Marcus Avenue, Suite 130<br>Lake Success, NY 11042-1046 | Office Depot Credit Plan<br>P.O. Box 78004, Dept. 56<br>Phoenix, AZ 85062-8004 | Ogletree Deakins<br>P.O. Box 89<br>Columbia, SC 29202-0089 |
| Paragon Field Services, Inc.<br>500 Main Street<br>La Marque, TX 77568-5617 | Paragon Global, LLC<br>500 Main Street<br>La Marque, TX 77568-5617 | Patel Property Holdings, LLC<br>500 Main Street<br>La Marque, TX 77568-5617 |

| | | |
|---|---|---|
| Patel Property Holdings, LLC<br>61 North Plains Industrial Road, Suite 1<br>Wallingford, CT 06492-5841 | South Coast Supply Company<br>P.O. Box 55649<br>Houston, TX 77255-5649 | South Coast Supply Company<br>c/o H. Miles Cohn<br>Crain, Caton & James, PC<br>1401 McKinney, Suite 1700<br>Houston, TX 77010-1079 |
| (p)SPRINT NEXTEL CORRESPONDENCE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7949<br>OVERLAND PARK KS 66207-0949 | Steel Associates, Inc.<br>P.O. Box 10<br>Galena Park, TX 77547-0010 | Steel Associates, Inc. (M. Vancleave)<br>1300 Rollingbrook Drive, Suite 410<br>Galena Park, TX 77547 |
| Sunbelt Supply, Inc.<br>P.O. Box 951037<br>Dallas, TX 75395-1037 | Surendra Patel<br>500 Main Street<br>La Marque, TX 77568-5617 | Terminix Commercial<br>P.O. Box 742592<br>Cincinnati, OH 45274-2592 |
| Texas City ISD<br>P.O. Box 1150<br>Texas City, TX 77592-1150 | Texas City ISD<br>c/o John P. Dillman<br>Linebarger Goggan Blair & Sampson LLP<br>P.O. Box 3064<br>Houston, Tx 77253-3064 | Texas Flange<br>P.O. Box 2889<br>Pearland, TX 77588-2889 |
| Texas Workforce Commission<br>P.O. Box 149037<br>Austin, TX 78714-9037 | Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>Room 556<br>101 E. 15th Street<br>Austin, TX 78778-0001 | Texas Workforce Commission (Ofc of AG)<br>P.O. Box 12548<br>Austin, TX 78711-2548 |
| Trinity Heads, Inc.<br>11765 Hwy 6 South<br>Navasota, TX 77868-5070 | Trinity Heads, Inc.<br>2525 N. Stemmons Freeway<br>Dallas, TX 75207-2400 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| Uniform Components<br>10703 Sheldon Road<br>Houston, TX 77044-6003 | WB Mason Co., Inc.<br>59 Centre Street<br>Brockton, MA 02301-4075 | Wingo Service Co., Inc.<br>11173 Cox Road<br>Conroe, TX 77385-7319 |
| Margaret Maxwell McClure<br>Attorney at Law<br>909 Fannin<br>Suite 3810<br>Houston, TX 77010-1030 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Americredit Financial Services, Inc.<br>dba GM Financial<br>PO Box 183853<br>Arlington, TX 76096 | Dell Business Credit<br>P.O. Box 5275<br>Carol Stream, IL 60197 | Sprint<br>P.O. Box 4181<br>Carol Stream, IL 60197 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Bob Herbert & Associates<br>2213 Aldine Bender<br>Houston, TX 77032-3123 | (d)Paragon Fabricators, Incorporated<br>500 Main Street<br>La Marque, TX 77568-5617 | End of Label Matrix<br>Mailable recipients    81<br>Bypassed recipients     2<br>Total                  83 |

```
Label Matrix for local noticing          Knight Capital Funding, LLC              NEWTEK SMALL BUSINESS FINANCE LLC
0541-4                                   c/o Jarrod B. Martin                     1981 Marcus Avenue Suite 130
Case 17-36608                            Nathan Sommers Jacobs                    Lake Success, NY 11042-1046
Southern District of Texas               2800 Post Oak Boulevard
Houston                                  61st Floor
Thu May 10 13:55:50 CDT 2018             Houston, TX 77056-6131

Paragon Field Services, Inc.             Texas Workforce Commission               4
61 N. Plains Industrial Road, Suite 143  Jason Starks                             United States Bankruptcy Court
Wallingford, CT 06492-5841               c/o Sherri K. Simpson, Paralegal         PO Box 61010
                                         P.O. Box 12548                           Houston, TX 77208-1010
                                         Austin, TX 78711-2548

American Express                         American Express Travel Related Services Com   Anderson Law Group
P.O. Box 650448                          Inc.                                     13577 Feather Sound Drive, Suite 500
Dallas, TX 75265-0448                    c/o Becket and Lee LLP                   Clearwater, FL 33762-5550
                                         PO Box 3001
                                         Malvern  PA 19355-0701

BBB Tank Services, Inc.                  BBB Tank Services, LLC                   Brazosport Safety Council
P.O. Box 3140, Dept. 255                 c/o Joe Virene                           P.O. Drawer 2650
Houston, TX 77253-3140                   Gray Reed & McGraw LLP                   Freeport, TX 77542-2650
                                         1300 Post Oak Blvd., Suite 2000
                                         Houston, Texas 77056-8000

CMC Construction Services                Capital One                              Galveston County, et al
P.O. Box 844573                          P.O. Box 650007                          722 Moody
Dallas, TX 75284-4573                    Dallas, TX 75265-0007                    Galveston, TX 77550-2317

H. M. Nipp, Sr./James M. Saulsberry      H. M. Nipp, Sr./James M. Saulsberry      H.M. Nipp, Sr.
1728 Hawthorne                           P.O. Box 266                             PO Box 266
La Marque, TX 77568-5812                 Seadrift, TX 77983-0266                  Seadrift, TX 77983-0266

Harrom M. Nipp, Sr.                      Harrom M. Nipp, Sr. (E. Lamm, III)       Holes Incorporated
P.O. Box 266                             3730 Kirby Drive, Suite 650              9911 Franklin Road
Seadrift, TX 77983-0266                  Houston, TX 77098-3930                   Houston, TX 77070-4199

Humana Health Plan - Texas               Industrial Solutions, Inc.               Internal Revenue Service
P.O. Box 3226                            6022 Sycamore Avenue                     P.O. Box 7346
Milwaukee, WI 53201-3226                 Pasadena, TX 77503-4230                  Philadelphia, PA 19101-7346

(p)INTERNAL REVENUE SERVICE              Internal Revenue Service-U.S. Attorney   Internal Revenue Service-US Atty Gen
CENTRALIZED INSOLVENCY OPERATIONS        1000 Louisiana Street, Suite 2300        10th & Constitution, N.W.
PO BOX 7346                              Houston, TX 77002-5010                   Washington, DC 20530-0001
PHILADELPHIA PA 19101-7346

J. M. Saulsberry/H. M. Nipp, Sr. (G. Cop J.M. Saulsberry/H.M. Nipp, Sr.(E. Lamm,  James M. Saulsberry
P.O. Box 3187                            3730 Kirby Drive, Suite 650              2237 Lakeway Drive
Texas City, TX 77592-3187                Houston, TX 77098-3930                   Friendswood, TX 77546-6179
```

| | | |
|---|---|---|
| James M. Saulsberry/H. M. Nipp, Sr.<br>2237 Lakeway Drive<br>Friendswood, TX 77546-6179 | James M. Saulsberry/H. M. Nipp, Sr.<br>6402 Avenue W<br>Texas City, TX 77590 | Knight Capital Funding III, LLC<br>1691 Michigan Avenue, Suite 230<br>Miami Beach, FL 33139-2566 |
| Knight Capital Funding III, LLC<br>6915 SW 57th Avenue<br>South Miami, Florida 33143-3654 | Knight Capital Funding III, LLC<br>9 E. Loockerman Street, Suite 3A-543<br>Dover, DE 19901-8306 | Knight Capital Funding III, LLC (J. Dubi<br>10440 N. Central Expressway, Suite 800<br>Dallas, TX 75231-2264 |
| McCarthy Burgess<br>26000 Cannon Road<br>Cleveland, OH 44146-1807 | Newtek Small Business Finance, LLC/SBA<br>1981 Marcus Avenue, Suite 130<br>Lake Success, NY 11042-1046 | Ogletree Deakins<br>P.O. Box 89<br>Columbia, SC 29202-0089 |
| Paragon Fabricators, Inc.<br>500 Main Street<br>La Marque, TX 77568-5617 | Paragon Field Services, Inc.<br>500 Main Street<br>La Marque, TX 77568-5617 | Paragon Global, LLC<br>500 Main Street<br>La Marque, TX 77568-5617 |
| Patel Property Holdings, LLC<br>500 Main Street<br>La Marque, TX 77568-5617 | Patel Property Holdings, LLC<br>61 North Plains Industrial Road, Suite 1<br>Wallingford, CT 06492-5841 | St. Lukes Sugar Land Hospital<br>P.O.Box 4406<br>Sugar Land, TX 77478 |
| Surendra Patel<br>500 Main Street<br>La Marque, TX 77568-5617 | TGE Industrial Services<br>2510 East Beltway 8<br>Pasadena, TX 77503-4010 | Team Industrial Services, Inc.<br>P.O. Box 842233<br>Dallas, TX 75284-2233 |
| Texas City ISD<br>P.O. Box 1150<br>Texas City, TX 77592-1150 | Texas Workforce Commission<br>P.O. Box 149037<br>Austin, TX 78714-9037 | Texas Workforce Commission<br>Regulatory Integrity Division - SAU<br>Room 556<br>101 E. 15th Street<br>Austin, TX 78778-0001 |
| Texas Workforce Commission (Ofc of AG)<br>P.O. Box 12548<br>Austin, TX 78711-2548 | Third Coast Metal Products<br>P.O. Box 890401<br>Houston, TX 77289-0401 | US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 |
| Verizon<br>by American InfoSource LP as agent<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | Margaret Maxwell McClure<br>Attorney at Law<br>909 Fannin<br>Suite 3810<br>Houston, TX 77010-1030 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service-Spec Procedures
1919 Smith Street, Stop 5025HOU
Houston, TX 77002
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Paragon Fabricators, Incorporated       End of Label Matrix
500 Main Street                            Mailable recipients    55
La Marque, TX 77568-5617                   Bypassed recipients     1
                                           Total                  56
```

```
Label Matrix for local noticing          NEWTEK SMALL BUSINESS FINANCE LLC        Patel Property Holdings, LLC
0541-4                                   1981 Marcus Avenue Suite 130             61 N. Plains Industrial Road, Suite 143
Case 17-36610                            Lake Success, NY 11042-1046              Wallingford, CT 06492-5841
Southern District of Texas
Houston
Thu May 10 13:56:19 CDT 2018

4                                        Galveston County                         Newtek Small Business Finance, LLC/SBA
United States Bankruptcy Court           c/o John P. Dillman                      1981 Marcus Avenue, Suite 130
PO Box 61010                             Linebarger Goggan Blair & Sampson LLP    Lake Success, NY 11042-1046
Houston, TX 77208-1010                   P.O. Box 3064
                                         Houston, Tx 77253-3064


Paragon Fabricators, Incorporated        Paragon Field Services, Inc.             Paragon Global, LLC
500 Main Street                          500 Main Street                          500 Main Street
La Marque, TX 77568-5617                 La Marque, TX 77568-5617                 La Marque, TX 77568-5617



Patel Property Holdings, LLC             Surendra Patel                           Texas City ISD
500 Main Street                          500 Main Street                          c/o John P. Dillman
La Marque, TX 77568-5617                 La Marque, TX 77568-5617                 Linebarger Goggan Blair & Sampson LLP
                                                                                  P.O. Box 3064
                                                                                  Houston, Tx 77253-3064


US Trustee                               Margaret Maxwell McClure                 End of Label Matrix
Office of the US Trustee                 Attorney at Law                          Mailable recipients    13
515 Rusk Ave                             909 Fannin                               Bypassed recipients     0
Ste 3516                                 Suite 3810                               Total                  13
Houston, TX 77002-2604                   Houston, TX 77010-1030
```