IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| PARAGON GLOBAL, LLC, | § | CASE NO. 17-36605-H1-11 |
| PARAGON FABRICATORS, INC. | § | CASE NO. 17-36607-H1-11 |
| PARAGON FIELD SERVICES, INC. | § | CASE NO. 17-36608-H1-11 |
| PATEL PROPERTY HOLDINGS, LLC | § | CASE NO. 17-36610-H1-11 |
| Debtors | § | |
| | § | CHAPTER 11 |
| | § | JOINTLY ADMINISTERED |
| | § | Under Case No. 17-36605-H1-11 |

**ORDER GRANTING
EMERGENCY MOTION OF NEWTEK SMALL BUSINESS FINANCE, LLC
TO CONVERT CHAPTER 11 CASES
<u>TO CASES UNDER CHAPTER 7 PURSUANT TO 11 U.S.C. §1112(b)</u>**

[Ref. Doc. # ___ ]

CAME ON THIS DAY to be heard, the Emergency Motion to Convert Chapter 11 Cases to Cases Under Chapter 7 Pursuant to 11 U.S.C. §1112(b) filed herein by NEWTEK SMALL BUSINESS FINANCE, LLC, a secured creditor and party in interest, and the Court finds that good cause exists for the conversion of each of the jointly administered Chapter 11 cases to cases under Chapter 7.  It is therefore,

ORDERED that the following Chapter 11 cases are hereby converted to Chapter 7 cases:

| | |
|---|---|
| PARAGON GLOBAL, LLC, | CASE NO. 17-36605-H1-11 |
| PARAGON FABRICATORS, INC. | CASE NO. 17-36607-H1-11 |
| PARAGON FIELD SERVICES, INC. | CASE NO. 17-36608-H1-11 |
| PATEL PROPERTY HOLDINGS, LLC | CASE NO. 17-36610-H1-11. |

The United States Trustee is directed to appoint a chapter 7 trustee.

SIGNED: _____

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE

-1-

**PROPOSED ORDER SUBMITTED BY:**
DEVLIN, NAYLOR & TURBYFILL, P.L.L.C.

_/s/ Donald L. Turbyfill_
DONALD L. TURBYFILL
State Bar of Texas # 20296380
5120 Woodway, Suite 9000
Houston, Texas  77056-1725
(713) 622-8338 [PHONE]
(713) 586-7053 [FACSIMILE]
dturbyfill@dntlaw.com [E-MAIL]
ATTORNEY FOR SECURED CREDITOR
AND MOVANT
NEWTEK SMALL BUSINESS FINANCE, LLC